IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   10-cv-02551-CMA-MEH | Date:   December 22, 2010 |
| Courtroom Deputy:   Cathy Coomes | **FTR – Courtroom C203** |

EVELYN POLANDO,                                                               Mari Anne Newman

      Plaintiff,

v.

ELEVATIONS CREDIT UNION and                                    Lawrence D. Stone
GERRY AGNES,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:**     **9:43 a.m.**

Court calls case.  Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Final Pretrial Conference:**  **November 7, 2011, at 9:30 a.m.**
In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Settlement Conference:**  **January 21, 2011, at 10:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s),  including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  Each party shall submit a Confidential Settlement Statement  to Magistrate Judge Hegarty **one week prior to the conference** outlining the facts and issues in the case and the

party's settlement position.  In addition, the parties should address the approximate value of the case.

**Court in recess:**      **9:50 a.m.**      **(Hearing concluded)**
**Total time in Court:** 0:07