**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02551-CMA-MEH

EVELYN POLANDO,

    Plaintiff,

v.

ELEVATIONS CREDIT UNION, and
GERRY AGNES,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation Of Dismissal With Prejudice (Doc. # 23), signed by the attorneys for the parties hereto, it is

ORDERED that the above-referenced cause of action is DISMISSED WITH PREJUDICE, each party to pay his, her, or its own costs and attorney's fees.

DATED:  February __18__, 2011

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge